UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE LUIS ERAZO,

                                     Plaintiff,      ~~PROPOSED~~ **ORDER**

-against-

                                                                 18 Civ. 10834 (VB)

THE CITY OF YONKERS; P.O. PHILIP WANDERMAN,
P.O. JOHN OJEDA; P.O. JAMES PELLEGRINO;
P.O. ANTHONY SCARAMUZZO,

                                     Defendants.
------------------------------------------------------------------X

        Upon Defendants' application for leave to take the video deposition of Plaintiff, Jose Luis Erazo, an inmate and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure,

        IT IS HEREBY ORDERED: that the Superintendent or other official in charge of the Bare Hill Correctional Facility produce Inmate Jose Luis Erazo – 19 A 1595 – for the taking of his deposition by video conference on December 3, 2019 at 10:00 a.m. at the Bare Hill Correctional Facility with said deposition to conclude by the end of the business day on December 3, 2019.

Dated: White Plains, New York
         November 15, 2019

                                                             VINCENT L. BRICCETTI
                                                             UNITED STATES DISTRICT JUDGE

Copy mailed by Chambers 11-15-19 DH